THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. LAWRENCE RUGLIO, PLAINTIFF IN ERROR.

Argued June 21, 1923—Decided September 28, 1923.

On error to the Supreme Court, whose opinion is reported in 98 *N. J. L.* 13.

For the plaintiff in error, *Wilbur A. Heisley.*

For the defendant in error, *John O. Bigelow.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, BERGEN, MINTURN, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, VAN BUSKIRK, JJ. 8.

*For reversal*—PARKER, KALISCH, JJ. 2.